UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 14-0549 EMC |
| Plaintiff | ) | |
| v. | ) | |
| ANTERIS HICKS, | ) | **ORDER OF DETENTION** |
| Defendant. | ) | |

On November 4, 2014, Defendant Anteris Hicks was charged by federal indictment with two counts of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). This matter came before the Court on November 24, 2014, for a detention hearing. Mr. Hicks was present and represented by Galia Phillips, Assistant Federal Defender. Assistant United States Attorney Scott Joiner appeared for the Government.

Pretrial Services submitted a report that recommended detention, and a representative of Pretrial Services was present at the hearing. The Government moved for detention, and Defendant opposed.   Proffers and arguments regarding detention were submitted by the parties at the hearing.

Upon consideration of the facts, proffers and arguments presented, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of other persons and the community.   Accordingly, Defendant must be detained pending trial in this matter.

The present order supplements the Court's findings at the detention hearing and serves as written findings of fact and a statement of reasons as required by 18 U.S.C. § 3142(i)(1).

The Court makes the following findings as a basis for its conclusion that no condition or combination of conditions will reasonably assure the safety of other persons and the community as to defendant Mercado.   Defendant has a lengthy criminal record that spans his entire adult life and began when he was a juvenile.   The record demonstrates that Defendant has repeatedly committed new crimes while on probation or release for prior crimes.

Further, Defendant was arrested in June of this year for possessing a rifle with an obliterated serial number (the first count of the indictment). At the detention hearing, the Government offered photos from what was represented to be (and not disputed) Defendant's Instagram account the day before his arrest for possessing the rifle. The photos show Defendant either holding the rifle in his lap or pointing the rifle at the camera, and includes statements such as "COME ROB ME,,FUK THE FEDS."   Defendant was released following this arrest, and in September 2014 he was arrested for possessing a revolver.   The government proffered that Defendant brandished the revolver during a robbery of a cell phone store.   Defendant was again released, and then in October 2014 he was arrested for and pled guilty to theft.   This history demonstrates by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of persons and the community. Accordingly, the Court orders Defendant detained pending trial in this matter or further order of the Court.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1.   Defendant Hicks be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

     2.     Defendant Hicks be afforded reasonable opportunity for private consultation with counsel; and

     3.     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendants are confined shall deliver defendant to an authorized deputy United States marshal for the purpose of any appearance in connection with a court proceeding.

IT SO ORDERED.

Dated: November 24, 2014

_____
HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge